**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **JOSEPH D. ANDERSON, III,** § | |
| **Defendant-Petitioner,** § | |
| § | **No. 3:06-CV-2295-D** |
| v. § | **(No. 3:03-CR-330-D)** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| **Plaintiff-Respondent.** § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, the court is of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED June 21, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE